IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerry Plemmons, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Nurse Perry, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 9:21-cv-184-BHH<br><br>**ORDER** |

This matter is before the Court upon Plaintiff's pro se complaint alleging violations of his constitutional rights by the named Defendant. In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.), the matter was referred to a United States Magistrate Judge for preliminary determinations. By order dated February 16, 2021, Plaintiff was given the opportunity to provide the necessary information and paperwork to bring the case into proper form, but Plaintiff failed to do so. On March 30, 2021, therefore, Magistrate Judge Molly Hughes Cherry issued a report and recommendation ("Report") outlining the issues and recommending that the Court dismiss this action without prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure. Attached to the Magistrate Judge's Report was a notice advising Plaintiff of his right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to

which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).  In the absence of specific objections, the Court reviews the matter only for clear error.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections were filed, the Court has reviewed the record, the applicable law, and the findings and recommendations of the Magistrate Judge for clear error.  After review, the Court finds no clear error and agrees with the Magistrate Judge's findings and analysis.  Accordingly, because it appears that Plaintiff no longer wishes to pursue this action, the Court adopts the Magistrate Judge's Report (ECF No. 10) and incorporates it herein, and the Court dismisses this action without prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
The Honorable Bruce Howe Hendricks
United States District Judge

May 11, 2021
Charleston, South Carolina